

# MEMORANDUM OPINION

No. 04-09-00471-CV

**IN RE** Marrs **BOWMAN**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
             Phylis J. Speedlin, Justice
             Rebecca Simmons, Justice

Delivered and Filed:   August 19, 2009

PETITION FOR WRIT OF MANDAMUS DENIED

The court has considered the petition for a writ of mandamus filed by relator Marrs Bowman,

and is of the opinion that relief should be denied. *See* TEX. R. APP. P. 52.8(a). Accordingly, relator's

petition for a writ of mandamus is denied.

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2008-CI-09303, styled *Kayla McGloin v. Marrs Bowman*, pending in the 57th Judicial District Court, Bexar County, Texas, the Honorable Antonia Arteaga presiding; however, the challenged orders were signed by the Honorable Gloria Saldaña, presiding judge of the 224th Judicial District Court, Bexar County, Texas.